UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE, individually and on behalf of all )
other similarly situated, )
) Case No. 1:23-cv-12978-PBS
Plaintiff, )
)
v. )
)
TENET HEALTHCARE CORPORATION, )
d/b/a METROWEST MEDICAL CENTER, )
)
Defendant.

**JOINT STIPULATION CONCERNING TIME TO RESPOND TO**
**AMENDED CLASS ACTION COMPLAINT**

Plaintiff Jane Doe, individually and on behalf of all other similarly situated, and Defendant Tenet Healthcare Corporation d/b/a MetroWest Medical Center ("Defendant") hereby stipulate and agree that the time for Defendant to move, answer, or otherwise respond to Plaintiff's Amended Class Action Complaint [Dkt. #1-3] is extended to and including January 3, 2024. Should Defendant file a motion to dismiss or any other preliminary motion, Plaintiff's deadline to respond is extended to and including January 24, 2024.

The foregoing is without prejudice to any and all defenses that Defendant may have.

*[Signature block on following page]*

12/11/23

Allowed

/s/ Patti Saris

1