IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION also d/b/a METROWEST MEDICAL CENTER,<br><br>　　　　Defendant. | )<br>)<br>)  Case No. 1:23-cv-12978-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TENET HEALTHCARE CORPORATION'S NOTICE OF FILING OF CERTIFIED COPY OF STATE COURT RECORD PURSUANT TO LR 81.1**

Pursuant to LR 81.1(a), Defendant Tenet Healthcare Corporation ("Tenet"), erroneously named as Tenet Healthcare Corporation also d/b/a Metrowest Medical Center, hereby files the attached certified copy of all records, proceedings, and docket entries from *Jane Doe v. Tenet Healthcare Corporation, d/b/a MetroWest Medical Center*, Case No. 2381-CV-02693, which Tenet removed from the Superior Court of Massachusetts, Middlesex County, to this Court on December 6, 2023.

Dated: December 13, 2023

Respectfully submitted,

*/s/ Andrew R. Dennington*
Andrew R. Dennington (BBO No. 666892)
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
adennington@connkavanaugh.com

Scott A. Elder (*pro hac vice* forthcoming)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
scott.elder@alston.com

Rachel E.K. Lowe (*pro hac vice* forthcoming)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Tel: (213) 576-1000
Rachel.lowe@alston.com

*Attorneys for Defendant Tenet Healthcare Corporation*

## CERTIFICATE OF SERVICE

I, Andrew R. Dennington, attorney for Defendant, hereby certify that on this 13th day of December, 2023, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Andrew R. Dennington*
Andrew R. Dennington